# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO

**Onslow County, NC v. Amerisourcebergen Drug Corp., et al.**

CIVIL CASE NO. **1:18-op-45114**

JUDGE  **Polster**

## PRAECIPE FOR ISSUANCE

[X] ORIGINAL SUMMONS

[ ] ALIAS SUMMONS

[ ] THIRD PARTY SUMMONS

[ ] CERTIFICATE OF JUDGEMENT LIEN UPON LANDS AND TENEMENT§  2329.02 ORC

[ ] CERTIFICATE OF JUDGEMENT FOR REGISTRATION IN ANOTHER DISTRICT

[ ] WRIT OF EXECUTION

[ ] OTHER (Please Specify) _____

Document to be issued should be uploaded as an attachment to the Praecipe.

If service of summons will be done by certified or ordinary mail, see Local Rule 4.2.

Date: 6-4-2020

By: James C. Peterson

Attorney for Onslow County, NC

revised 02/2009